No. 11. UNITED STATES GYPSUM Co. v. NATIONAL GYPSUM Co. ET AL., 352 U. S. 457. The petitions for rehearing in this case are denied. MR. JUSTICE CLARK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

APRIL 22, 1957.

No. 534. ALLEN v. MERRELL, COUNTY CLERK, DUCHESNE COUNTY, UTAH. *Per Curiam:* The motion to vacate the judgment is granted and the case is remanded to the Supreme Court of Utah for further proceedings in light of the stipulation of counsel that the cause is moot. On the stipulation were *Robert W. Barker* for petitioner and *E. R. Callister,* Attorney General of Utah, for respondent.

No. 799. UNION INSURANCE AGENCY ET AL. v. HOLZ, SUPERINTENDENT OF INSURANCE OF NEW YORK. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Stanford Clinton* and *Robert A. Sprecher* for appellants.

No. 803. HANDY CAFE, INC., v. COSTELLO DISTRIBUTING Co., INC. *Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Angus M. MacNeil* for appellant.